UNITED STATES of America,
Appellee,

v.

Larry HANEY, Appellant.

No. 05–1040.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 7, 2005.

Decided: Dec. 13, 2005.

Kevin T. Alexander, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Larry Haney, Paragould, AR, pro se.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Larry Haney appeals the district court's[1] denial of his motion to expunge his criminal record and its refusal to reconsider the denial. We cannot say that the district court abused its discretion in concluding that Haney's case did not present unusual or exceptional circumstances warranting the extraordinary remedy of expungement, or in declining to reconsider the denial of relief. *See Schinzing v. Mid-States Stainless, Inc.,* 415 F.3d 807, 813 (8th Cir.2005); *Geary v. United States,* 901 F.2d 679, 679–80 (8th Cir.1990); *United States v. Bagley,* 899 F.2d 707, 708 (8th Cir.), *cert. denied,* 498 U.S. 938, 111 S.Ct. 343, 112 L.Ed.2d 307 (1990). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.